IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ANGELIA PRIM, | : | |
| Plaintiff, | : | |
| vs. | : | CA 16-0118-KD-C |
| MEGAN J. BRENNAN, Postmaster General of the United States Postal Service, et al., | : : | |
| Defendants. | | |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated September 2, 2016 is **ADOPTED** as the opinion of this Court.

Accordingly, the Defendant's motion to dismiss is **DENIED.**

**DONE** this 29th day of September 2016.

s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**