# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| ANGELIA PRIM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 16-0118-KD-MU |
| | ) |
| MEGAN J. BRENNAN, Postmaster | ) |
| General of the United States Postal Service, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the Order entered this date, it is hereby ORDERED, ADJUDGED, and DECREED that this action is DISMISSED with prejudice in accordance with Rule 41(b) of the Federal Rules of Civil Procedure, for failure to prosecute and to comply with this Court's orders.

**DONE and ORDERED** this 7th day of November 2017.

                                                            s/ Kristi K. DuBose
                                                            **KRISTI K. DuBOSE**
                                                             **CHIEF UNITED STATES DISTRICT JUDGE**